# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL CASTILLO ZAMORA,<br><br>Petitioner,<br><br>v.<br><br>DAVID MARIN et al.,<br><br>Respondents. | Case No. 5:26-cv-01537-AH-DFM<br><br>Order Accepting Report and Recommendation of<br>United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed by the deadline. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.      The Report and Recommendation is accepted.

2.      The Petition for Writ of Habeas Corpus is GRANTED in part and DENIED in part.

///

///

///

///

3.      Respondents are permanently enjoined from revoking Petitioner's Order of Supervision without timely following all applicable laws, regulations, and procedures.

Date: JUNE 24, 2026

ANNE HWANG
United States District Judge