JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| VICTOR MANUEL CASTILLO ZAMORA, | Case No. 5:26-cv-01537-AH-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| DAVID MARIN et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.    The Petition for Writ of Habeas Corpus is GRANTED in part and DENIED in part.

2.    Respondents are permanently enjoined from revoking Petitioner's Order of Supervision without timely following all applicable laws, regulations, and procedures.

Date: JUNE 24, 2026

_____
ANNE HWANG
United States District Judge